UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| KEVIN BONHAM, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INDIANA TUBE CORPORATION, )<br>)<br>Defendant. ) | No. 3:23-cv-00180-MPB-CSW |

### FINAL JUDGMENT

Pursuant to the Court's order on this date, the Court now enters **FINAL JUDGMENT** in this action in favor of Indiana Tube Corporation and against Kevin Bonham.

**IT IS SO ORDERED.**

Dated: November 25, 2024

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _____
Deputy Clerk, U.S. District Court

Served electronically on all ECF-registered counsel of record.